

FILED & JUDGMENT ENTERED
Steven T. Salata

Aug 18 2015

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE / BRYSON CITY DIVISIONS

IN RE:

**Jennifer R. Warren**

Debtor(s)

Chapter   13

Case No.  **14-10449**

**ORDER AFFECTING PLAN**

On **August 18, 2015**, after notice having properly issued, a hearing or trial was held by the Court upon the following cause:

( x ) Trustee's Motion to Dismiss, Modify Plan or for Other Appropriate  Relief
(   ) Other:

**As a result of the said proceeding, the Court found these facts:**
(   ) The debtor(s) failed to appear at the §341 meeting.
(   ) The debtor(s) failed to commence payments under §1326(a).
(   ) The debtor(s) failed to make payments required by confirmed Ch. 13 plan.
( x ) Other Findings:   **To cure the default, the debtor will pay $1,220.00 per month, beginning in August, 2015, for the remainder of the plan. Automatic dismissal for failure to pay August and September, 2015.**

Based upon the foregoing findings of fact, the Court concludes the following action is appropriate as a matter of law, and **ORDERS** the following:
( x ) The notice of this motion given by the Trustee is approved.
( x ) The Trustee's **MOTION TO MODIFY**  is allowed.
( x ) The plan is **MODIFIED**, as set forth above.
(   ) The Trustee's **MOTION TO DISMISS** is (     ) allowed (     ) denied.
(   ) The case is **DISMISSED** on the facts found above.
( x ) Award of attorneys' fees**: $200 to  Hay**
(   ) The case is **CONVERTED TO CHAPTER 7.**
(   ) Other:

IT IS SO ORDERED.

This Order has been signed electronically pursuant to administrative order of the Court.
Effective as of date of entry.

George R. Hodges
United States Bankruptcy Judge